C-07-6380 MHP

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

**FILED**
JUL 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, _Tracy Taylor_

I am over 18 years of age and a party to this action. I am a resident of _Pelican Bay Stat_ Prison,

in the county of _Del Norte_,

State of California. My prison address is: _____

On _July 29, 2008_ (DATE),

I served the attached: _three coppies of first amended complaint of 1983._ (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _July 29, 2008_
(DATE)                                    (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\228321\1

-9-