UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY LEE TAYLOR, | No. C 07-6380 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| N. GRANNIS; et al., | |
| Defendants. | |

This action is dismissed because it is barred by the doctrine of res judicata.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 28, 2010

_____
Marilyn Hall Patel
United States District Judge